District Judge Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DO HWAN AN, | No. 2:22-cv-363-TL |
| Petitioner, | STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER |
| v. | |
| MERRICK B. GARLAND, *et al.*, | |
| Respondents. | |

     Plaintiff brought this litigation pursuant to the Mandamus Act seeking to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's Form I-485 and I-485J. USCIS has approved the applications and the case is now moot.  Accordingly, the above-captioned action having been resolved, all parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal without prejudice, with each party to bear their own fees or costs.

//

//

//

//

//

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Dated: June 9, 2022

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

 s/Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  206-428-3824
Email:  michelle.lambert@usdoj.gov
*Attorneys for Defendants*


s/D. Benjamin Lee
D. BENJAMIN LEE WSBA#14422
D. Benjamin Lee, P.S.
1300 114th Avenue SE, Ste 220
Bellevue, Washington 98004
Phone: 425-629-4640
Email:  blee@dbleelaw.com
*Attorney for Plaintiffs*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

## [PROPOSED] ORDER

IT IS SO ORDERED. The case is DISMISSED without prejudice.

Dated this 10th day of June 2022.

Tana Lin
United States District Judge

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800